SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorney for Plaintiff
YEONG LEE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YEONG LEE,<br><br>            Plaintiff,<br><br>      vs.<br><br>DEL TACO LLC; NANCY J. RITTERMAL, AS TRUSTEE UNDER THE AGREEMENT DATED 6-8-1992; and DOES 1 to 10,<br><br>            Defendants. | Case No.  8:25-cv-01411-GW-JDE<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>[Fed. Rule of Civ. Proc. 41(a)(1)(A)(i)]<br><br><br>Complaint Filed:   June 30, 2025<br>Trial Date:        None Set |

- 1 -
NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Yeong Lee ("Plaintiff"), hereby dismisses the above-captioned action in its entirety and with prejudice as to all claims and causes of action against all Defendants. Defendants have not filed any Answers to Plaintiff's Complaint and Defendants have advanced no cross-claims, either individually or collectively.

Dated:  August 22, 2025                    SO. CAL. EQUAL ACCESS GROUP


                                           By:/s/ Jason J. Kim
                                              Jason J. Kim, Esq.

                                           Attorney for Plaintiff Yeong Lee

- 2 -
NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE